PROB 12C
(7/93)

Report Date: February 11, 2016

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

FEB 1 2 2016

SEAN F. McAVOY, CLERK
_____DEPUTY
YAKIMA, WASHINGTON

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Francis Dale Celestine          Case Number: 0980 2:13CR02073-WFN-1

Address of Offender:

Name of Sentencing Judicial Officer:  The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: April 7, 2014

| | | |
|---|---|---|
| Original Offense: | Failure to Register as a Sex Offender, 18 U.S.C. § 2250 | |
| Original Sentence: | Prison - 27 months; TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Alison L. Gregoire | Date Supervision Commenced: May 7, 2015 |
| Defense Attorney: | Federal Defenders Office | Date Supervision Expires: May 6, 2018 |

## PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number          Nature of Noncompliance

1          **Standard Condition # 2**: The defendant shall report to the probation officer in a manner and frequency directed by the Court or probation officer.

           **Supporting Evidence**: Mr. Celestine failed to report within the first week for the month of February 2016, as directed by his probation officer.

           On May 8, 2015, Mr. Celestine reviewed and signed his conditions of supervision acknowledging being instructed to report to the probation office and submit a monthly report form within the first week of each month. As of February 11, 2016, Mr. Celestine has failed to report as instructed.

2          **Standard Condition # 6**: The defendant shall notify the probation officer at least ten days prior to any change in residence or employment.

           **Supporting Evidence**: Mr. Celestine failed to report a change of address as of February 11, 2016.

           On February 11, 2016, this officer made an attempt to reach Mr. Celestine by calling his home telephone number. Mr. Celestine was not at his residence but this officer was able to speak with his mother. According to the defendant's mother, Mr. Celestine left the residence

        two weeks ago and has not returned since. The defendant's mother also indicated that all of Mr. Celestine's mail and belongings are at her residence. Further, Mr. Celestine's mother has called the local hospital and jail but he is no where to be found.

3        **Special Condition # 19**: You shall abstain from alcohol and shall submit to testing (including urinalysis and Breathalyzer), as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from this substance.

        **Supporting Evidence**: Mr. Celestine failed to submit to random urinalysis testing at Merit on February 9, 2016.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the defendant to answer the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: February 11, 2016

s/Jose Zepeda

Jose Zepeda
U.S. Probation Officer

---

## THE COURT ORDERS

[ ] No Action
[x] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

Signature of Judicial Officer

02/12/2016
Date